No. 391. BINFORD ET AL. *v.* J. H. McLEAISH & Co. ET AL. Argued January 21, 22, 1932. Decided January 25, 1932. *Per Curiam:* The order granting an interlocutory injuction is affirmed. *Alabama* v. *United States,* 279 U. S. 229; *United Fuel Gas Co.* v. *Public Service Commission,* 278 U. S. 322, 326; *National Fire Ins. Co.* v. *Thompson,* 281 U. S. 331, 338. *Messrs. Albert L. Reed* and *Elbert Hooper,* Assistant Attorney General of Texas, with whom *Messrs. James V. Allred,* Attorney General, *T. S. Christopher,* Assistant Attorney General, and *Mr. W. L. Cook* were on the brief, for appellants. *Messrs. Lon E. Blankenbecker* and *John H. Crooker,* with whom *Mr. R. C. Fulbright* was on the brief, for appellees.

No. 522. ELLISON RANCHING Co. *v.* BARTLETT. Jurisdictional statement submitted January 18, 1932. Decided January 25, 1932. *Per Curiam:* The appeal herein is dismissed for the reason that the judgment of the state court is based upon a non-federal ground adequate to support it. *Doyle* v. *Atwell,* 261 U. S. 590, 592; *McCoy* v. *Shaw,* 277 U. S. 302, 303. *Messrs J. D. Skeen* and *Waldemar Van Cott* for appellant. *Messrs. A. G. Mashburn* and *M. A. Diskin* for appellee.